UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Solomon,

-v.-

Metropolitan Life Ins.
------------------------------------------------------------X

: 06 Civ. 2375 (RWS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

Please be advised that the conference scheduled for Oct 28, 09 has been rescheduled to Dec 2, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
10/28/09

_____
ROBERT W. SWEET
United States District Judge